## UNTIED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re: )
Pancoast, Jeffrey Scott ) Case No. 08-13147 MER
Pancoast, Kathy Ann ) Chapter 13
Debtor (s). )

### ORDER REINSTATING CASE

   THIS COURT having reviewed the MOTION TO RECONSIDER and being fully advised in the premises, hereby approves the Motion.

   IT IS THEREFORE ORDERED that the Court has reconsidered its previous Order of Dismissal and hereby vacates same and orders a reinstatement of this case. The Debtors shall bring their Chapter 13 Plan payments current within Ten (10) days of this Order.

Dated: April 22, 2013

By the Court:

*[signature]*

U.S. Bankruptcy Judge